IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Cr. No. <u>16-10080-STA & 15-10039-STA</u> |
| PETER GRAVES, | ) | |
| Defendant. | ) | |

# ORDER AND NOTICE OF RESETTING

The Court having considered the Joint Motion to Convert Current Setting to a Status Conference or, in the Alternative, Continue the Hearing,

IT IS HEREBY ORDERED that the sentencing hearing and supervised release violation revocation hearing for defendant Peter Graves, originally set for Wednesday, March 28, 2018 at 10:00 a.m., in the two cases referenced above, is reset for **Tuesday, April 3, 2018 at 9:00 a.m.**

IT IS SO ORDERED this 26th day of March, 2018.

        s/ S. Thomas Anderson
        S. THOMAS ANDERSON
        CHIEF UNITED STATES DISTRICT JUDGE